IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

v.

MARQUON CLARK,    Case No.: 20-mj-80

Defendant.

---

GOVERNMENT'S MOTION TO SEAL

---

The United States of America, by Aaron D. Wegner, an Assistant United States Attorney for the Western District of Wisconsin, respectfully moves the Court, the Honorable Magistrate Judge Stephen L. Crocker, for an Order sealing the Government's unredacted criminal complaint against the captioned defendant. The government requests said Order under the grounds that publishing specific personally identifiable information may endanger the lives and safety of certain individuals.

The government requests that the redacted copy of the criminal complaint and supporting affidavit be unsealed in ECF and the unredacted copy of the criminal complaint and supporting affidavit remain under seal.

WHEREFORE, the government respectfully requests that the Court order the relief requested.

Respectfully submitted this 5th day of October, 2020.

> SCOTT C. BLADER
> United States Attorney
>
> By:
> AARON D. WEGNER
> Assistant U.S. Attorney

GRANTED

*[signature]* 10-5-20

MAGISTRATE JUDGE